# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | 1:11-cv-01613 LJO GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>(Document 4) |

　　　On November 1, 2011, the Magistrate Judge issued Findings and Recommendations recommending that certain causes of action be dismissed from this action. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days (30) days. Plaintiff has not filed objections.

　　　In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

//

//

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated November 1, 2011, are ADOPTED IN FULL; and
2. The claims against Defendant Clovis Unified School District pertaining to the California Education Code and Plaintiff's third claim entitled "violation of Continuous violations doctrine" are dismissed with prejudice. Plaintiff may proceed with his claim pursuant to 28 U.S.C. § 2000d.

IT IS SO ORDERED.

**Dated:   December 6, 2011**                   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE