# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>          Plaintiff,<br><br>     v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>          Defendant. | 1:11-cv-01613 LJO GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS** |

   On September 23, 2011, Plaintiff filed an action in this Court. Following screening, this Court determined that Plaintiff's complaint asserted a single viable cause of action against Defendant Clovis Unified School District: a violation of section 2000d of Title 28 of the United States Code. It was recommended the remaining causes of action be dismissed without leave to amend. (Doc. 4.)

   On December 6, 2011, District Judge Lawrence J. O'Neill issued an Order Adopting Findings and Recommendations in Full, wherein the allegations against Defendant pertaining to California Education Code section 220 and the "Continuous violations doctrine" were dismissed with prejudice. (Doc. 5.)

1

In light of Judge O'Neill's order, this Court has determined that service of Plaintiff's complaint is now proper.  Because Plaintiff is proceeding in forma pauperis, service of the complaint will be effected by way of the United States Marshal.  *See* Fed. R. Civ. P. 4(c)(3).

In accordance with the above, this Court has determined as follows:

1. Service is appropriate for Defendant Clovis Unified School District;

2. The Clerk of the Court shall send Plaintiff a single USM-285 form, and summons, an instruction sheet, a copy of the complaint filed on September 23, 2011, and a copy of this Order;

3. **Within THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and return the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. A completed USM-285 form for the Defendant listed above;

    c. A copy of the endorsed complaint filed September 23, 2011; and

    d. A copy of the instant Order dated December 8, 2011;

4. Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

5. *The failure to comply with this Order will result in a Recommendation that this action be dismissed.*

IT IS SO ORDERED.

Dated:   **December 8, 2011**          /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

2