1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| JAMES M. LANIER, | ) 1:11-cv-01613 LJO GSA |
| Plaintiff, | ) **ORDER SETTING SCHEDULING** |
| | ) **CONFERENCE** |
| v. | ) |
| | ) **ORDER REQUIRING PARTIES TO** |
| CLOVIS UNIFIED SCHOOL DISTRICT, | ) **COMPLETE CONSENT OR DECLINE** |
| | ) **FORM WITHIN FIFTEEN DAYS** |
| Defendant. | ) |
| _____ | ) |

11
12
13
14
15
16
17

The Court SETS this matter for an Initial Scheduling Conference to be held on June 6, 2012, at 10:00 a.m., in Courtroom 10.  The parties shall file a Joint Scheduling Report one week prior to that date.  Telephonic appearances may be permitted.

Additionally, the parties are ORDERED to complete and file the form regarding consent or decline of jurisdiction of United States Magistrate Judge within fifteen (15) days of the date of this Order.  Finally, the Clerk of the Court is directed to serve the parties with a blank form simultaneous with this Order.

IT IS SO ORDERED.

1

Dated:   **March 2, 2012**                    **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE