IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>        Plaintiff,<br><br>   vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>        Defendant.<br>                                   / | CASE NO. 1:11-cv-01613-LJO-GSA<br><br>**ORDER TO VACATE HEARING AND TO TERM MOTION** (Docs. 12, 13) |

On February 24, 2012, defendant Clovis Unified School District filed their Fed. R. Civ. P. 12(b)(6) motion to dismiss plaintiff's original complaint and set a March 29, 2012 hearing. On March 16, 2012, plaintiff filed his first amended complaint as a matter of course under Fed. R. Civ. P. 15(a)(1)(B). As such, this Court:

1. VACATES the March 29, 2012 hearing in that the first amended complaint renders moot the Fed. R. Civ. P. 12(b)(6) motion to dismiss the original complaint;

2. DIRECTS the clerk to term the Fed. R. Civ. P. 12(b)(6) motion to dismiss the original complaint (Docs. 12, 13); and

3. ORDERS the moving defendants, no later than April 5, 2012, to file papers to respond to the first amended complaint.

1

1  This Court will take no further action on the Fed. R. Civ. P. 12(b)(6) motion to dismiss the original
2  complaint (Docs. 12, 13).
3
4      IT IS SO ORDERED.
5  **Dated:   March 21, 2012**                              **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28