Benjamin L. Ratliff, Bar No. 113708
Chad T. Snyder, Bar No. 269471
**LAW OFFICES OF
BENJAMIN L. RATLIFF**
1155 West Shaw Avenue, Suite 101
Fresno, California  93711

Telephone: (559) 227-2166
Facsimile:  (559) 227-0846

Attorneys for Defendant CLOVIS UNIFIED SCHOOL DISTRICT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER, | CASE NO.   1:11 CV 01613 LJO GSA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| CLOVIS UNIFIED SCHOOL DISTRICT; and DOES 1 TO 10, | **Old Date:**   June 6, 2012 |
| Defendants. | **New Date:**   **July 9, 2012**<br>**Time:**   9:00 a.m.<br>**Courtroom:**   10<br>**Judge:**   Gary S. Austin |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and ordered by this Court that, the Scheduling Conference currently set to be held on June 6, 2012 at 10:00 a.m. in Courtroom 10 before the Honorable Magistrate Judge Gary S. Austin; will be continued to July 9, 2012 at 9:00 a.m..  It is further stipulated that the Joint Scheduling Report due to the Court, will now be due on or before July 2, 2012.

**IT IS SO STIPULATED.**

DATED:  May 31, 2012                    **LAW OFFICES OF BENJAMIN L. RATLIFF**

                                         /s/ Chad T. Snyder
                                    By: _____
                                         Chad T. Snyder
                                         Attorney for Defendants


DATED: May 31, 2012                   By:   /s/ James M. Lanier
                                            James M. Lanier


## ORDER

The Court hereby GRANTS the parties' stipulation to continue the Scheduling Conference currently set to be held on June 6, 2012 at 10:00 a.m. in Courtroom Ten before the Honorable Magistrate Judge Gary S. Austin.  The hearing shall now be held on July 9, 2012 at 9:00 a.m. before Judge Austin.

The parties' Joint Scheduling Report shall be due on or before July 2, 2012.

IT IS SO ORDERED.

   Dated:   **June 1, 2012**                     **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE