1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                        EASTERN DISTRICT OF CALIFORNIA
10

11    JAMES M. LANIER,                    )     1:11-cv-01613 LJO GSA
                                          )
12              Plaintiff,                )
                                          )
13         v.                             )     ORDER REQUIRING THAT PLAINTIFF
                                          )     SUBMIT ADDITIONAL MEDICAL
14    CLOVIS UNIFIED SCHOOL DISTRICT,     )     EVIDENCE
                                          )
15              Defendant.                )
      _____)
16

17         On January 28, 2013, Plaintiff, James Lanier ("Plaintiff") submitted a request to continue

18    this matter for thirty or forty-five days. (Doc. 44).  The basis of the request is that he underwent a

19    medical procedure that required hospitalization.  He attaches a medical report indicating that he

20    underwent cardiac catheterization on January 23, 2013, at Community Medical Center in Fresno,

21    California.

22         A review of the medical records indicate that Plaintiff did in fact have surgery but that he

23    was released from the hospital either the same day, or on January 24, 2013.  (Doc. 44 at Exhibit

24    A pg. 2).  Moreover, although there may be some soreness around the incision site and some

25    bruising, Plaintiff is able to resume a normal level of activity at the "discretion of [his]

26    physician."  Plaintiff has not provided a note from his doctor indicating that he has not been able

27

28                                            1

1   to participate in this litigation, or that he will not be able to do so in the near future because of

2   this surgery or his medical condition.  Accordingly, within **five (5)** days, Plaintiff shall submit

3   additional medical evidence, such as a letter from his doctor as outlined above, or other

4   documentation that establishes good cause for the request for continuance.  **Failure to do so in a**

5   **timely manner will result in a denial of this request.**  Plaintiff is also advised that the current

6   deadlines remain in full force and effect until this court issues an amended order modifying the

7   dates.

8        IT IS SO ORDERED.

9   **Dated:    January 30, 2013               /s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2