# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>    Plaintiff,<br><br>  v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | 1:11-cv-01613 LJO GSA<br><br>ORDER SETTING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR CONTINUANCE<br>(Doc. 44).<br><br>ORDER VACATING ORDER SIGNED ON FEBRUARY 15, 2013 (Doc. 47) |

  On January 28, 2013, Plaintiff, James Lanier ("Plaintiff") submitted a request to continue this matter for thirty or forty-five days. (Doc. 44). The basis of the request is that Plaintiff had surgery on January 28, 2013 . On January 31, 2013, this Court issued an order requiring that Plaintiff submit additional medical information within five days in support of his request for continuance.

  On February 15, 2013, the Court signed an Order denying Plaintiff's motion because no documentation had been received. (Doc. 47). Plaintiff submitted the requested documentation

1

later in the day on February 15, 2013, after the Order was signed.[1]  (Doc. 46).   Although Plaintiff's submission is untimely, the Court will accept Plaintiff's late filing given the circumstances.  As such, the Court vacates the order signed on February 15, 2013, denying Plaintiff's request for continuance. (Doc. 47).

Defendant, Clovis Unified School District ("Defendant") shall file a pleading outlining its position regarding Plaintiff's request for a continuance no later than  **Monday, February 25, 2013.**  Defendant is advised that failure to file a response as ordered may result in the granting of Plaintiff's request.

IT IS SO ORDERED.

Dated:   **February 20, 2013**                    /s/ **Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] This Order was not docketed until February 19, 2013.  (Doc. 47).

2