IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>            Plaintiff,<br><br>    vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>            Defendant.<br>_____/ | CASE NO. 1:11-cv-01613-LJO-GSA<br><br>**ORDER TO DENY RELIEF AND TO TERM MOTION**<br>(Docs. 94) |

On May 17, 2013, plaintiff filed a document entitled "Plaintiff's Motion To Amend Judgment" (doc. 94) which this Court construes to take issue with this Court's orders. This Court's Order Vacating Order for Extension of Time and Amended Order Denying Plaintiff's Motion for Extension of Time (doc. 93) renders moot relief requested by plaintiff's motion (doc. 94). As such, this Court DENIES as moot relief sought by plaintiff's motion (doc. 94) and DIRECTS the clerk to term plaintiff's motion (doc. 94).

IT IS SO ORDERED.

Dated:   **May 20, 2013**            /s/  **Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

1